**ORIGINAL**

**MEMO ENDORSED**

# MILBANK, TWEED, HADLEY & McCLOY LLP

**28 LIBERTY STREET**
**NEW YORK, NY 10005**

212-530-5000
FAX: 212-530-5219

SEAN M. MURPHY
PARTNER
Direct Dial Number
212.530.5688
FAX: 212-822-5688
E-MAIL: smurphy@milbank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/16

| LOS ANGELES | BEIJING |
| 213-892-4000 | 8610-5969-2700 |
| FAX: 213-629-5063 | FAX: 8610-5969-2707 |
| WASHINGTON, D.C. | HONG KONG |
| 202-835-7500 | 852-2971-4888 |
| FAX: 202-835-7586 | FAX: 852-2840-0792 |
| LONDON | SEOUL |
| 44-20-7615-3000 | 822-6137-2600 |
| FAX: 44-20-7615-3100 | FAX: 822-6137-2626 |
| FRANKFURT | SINGAPORE |
| 49-69-71914-3400 | 65-6428-2400 |
| FAX: 49-69-71914-3500 | FAX: 65-6428-2500 |
| MUNICH | TOKYO |
| 49-89-25559-3600 | 813-5410-2801 |
| FAX: 49-89-25559-3700 | FAX: 813-5410-2891 |
| | SÃO PAULO |
| | 55-11-3927- |
| | FAX: 55-11-39 |

May 16, 2016

**BY ECF**

Honorable Louis L. Stanton
United States District Judge
USDC: Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Paskowitz v. Prospect Capital Management L.P. et al.*, 1:16-cv-02990-LLS

Dear Judge Stanton:

We represent Defendants Prospect Capital Management L.P. and Prospect Administration LLC (together, "Defendants") in this matter. With the consent of the plaintiff, we request an extension of the deadline for Defendants to respond to the Complaint from May 16, 2016, to June 30, 2016, to allow sufficient time to consider the allegations of the 177-page Complaint. Defendants have not previously requested an extension. This request does not affect any other scheduled dates.

Respectfully submitted,

*Sean M. Murphy*

Sean M. Murphy

So Ordered
Louis L. Stanton
5/16/16

cc: Peter S. Linden, Esq.
(by e-mail)

#4850-1593-1441v1