UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN PASKOWITZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PROSPECT CAPITAL MANAGEMENT, L.P., and PROSPECT ADMINISTRATION LLC,<br><br>　　　　　　　Defendants. | No. 16 Civ. 02990 (LS)<br><br>ECF CASE<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Susan Paskowitz, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered by the Clerk of Court on January 25, 2017, dismissing this action [ECF No. 22], as well as all prior rulings related to or merged into the Judgment, including the Opinion and Order entered on January 24, 2017, dismissing the action with prejudice [ECF No. 21]. This appeal is taken from the entirety of the Judgement and Opinion and Order described herein, as well as each and every adverse aspect thereof (annexed hereto as Exhibit A).

Dated:　New York, New York
　　　　February 21, 2017

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　**KIRBY McINERNEY LLP**

　　　　　　　　　　　　　　　　　　By:　　/s/ Peter Linden
　　　　　　　　　　　　　　　　　　　　　　Peter Linden
　　　　　　　　　　　　　　　　　　　　　　Andrew M. McNeela
　　　　　　　　　　　　　　　　　　　　　　825 Third Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 371-6600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-2540
　　　　　　　　　　　　　　　　　　　　　　Email: plinden@kmllp.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*